FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 13 PM 4:39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VINCENT MARK CASTILLO | CIVIL ACTION |
| VERSUS | NO. 06-0043 |
| ST. CHARLES CORRECTIONAL CENTER, ET AL. | SECTION "D" (3) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion to dismiss filed by the United States Postal Service, Rec. Doc. 3, is **GRANTED**, and that the claims against that defendant are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by Sheriff Greg Champagne, Major John Nowak, Captain Troy Self, Lt. Bernadette Martinez, Sgt. Shannon Brooks, Sonya Jones-Walker, Clint Leblanc, Deputy Steve Fontenot, Sgt. Jones, Deputy Mattherne, Deputy Hunter, Deputy Terrence Bechet, Deputy Danny, and Deputy Tyrone Gomez, Rec. Doc. 8, is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** with respect to plaintiff's claims that (1) his rights were violated by the conditions of his confinement for the period of November

25-29, 2004; (2) he was forced to stand naked in a cold cell for approximately six hours on November 29, 2004; (3) he was denied access to a telephone on December 1, 2004; and (4) the lights were kept on all night on December 1, 2004. Those claims are **DISMISSED WITH PREJUDICE** for failing to state a claim upon which relief can be granted on the ground that the claims are prescribed. The motion is **DENIED WITHOUT PREJUDICE** with respect to plaintiff's remaining claims against those defendants.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by the State of Louisiana, Rec. Doc. 12, is **GRANTED**, and that the claims against that defendant are **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 12th day of Sept, 2006.

UNITED STATES DISTRICT JUDGE