FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -7 PM 4: 15

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**VINCENT MARK CASTILLO**     CIVIL ACTION

**VERSUS**     NO. 06-0043

**ST. CHARLES CORRECTIONAL CENTER, ET AL.**     SECTION "D" (3)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's remaining claims in this lawsuit are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 7 day of Nov, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep____
___ Doc. No.____